**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **HEATHER M. SNOW AND ZACHARY S. SNOW,**<br><br>Plaintiffs,<br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**<br><br>Defendants. | **Civil Action No. 1:24-cv-02274** |

## EXHIBIT 3 – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under seal. A full version of Exhibit 3 will be filed separately under seal and will remain under seal until further order of this court.

| | |
|---|---|
| DATED March 20, 2024. | Respectfully submitted,<br><br>By: */s/ Steven G. Kalberg*<br>David R. Bennett<br>Steven G. Kalberg<br>**DIRECTION IP LAW**<br>P.O. Box 14184<br>Chicago, Illinois 60614<br>Tel: (312) 291-1667<br>dbennett@directionip.com<br>skalberg@directionip.com<br><br>*Counsel for Plaintiffs*<br>*Heather M. Snow and*<br>*Zachary S. Snow* |

2