**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **HEATHER M. SNOW AND ZACHARY S. SNOW,** | |
| Plaintiffs, | **Civil Action No. 1:24-cv-02274** |
| v. | **Honorable Sara L. Ellis** |
| **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A** | **Honorable Jeannice W. Appenteng** |
| Defendants. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
UNDER RULE 41(a)(1) OF DEFENDANTS 10 AND 11**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Heather M. Snow and Zachary S. Snow (together, "Plaintiffs") hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as to the following defendants:

| **Defendant Name** | **Defendant No.** |
|---|---|
| Sewing Machine Parts Shop | 10 |
| Sewing Tool Shop | 11 |

DATED May 15, 2024.

Respectfully submitted,

By: */s/ Steven G. Kalberg*
David R. Bennett
Steven G. Kalberg
**DIRECTION IP LAW**
P.O. Box 14184
Chicago, Illinois 60614
Tel: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Counsel for Plaintiffs
Heather M. Snow and
Zachary S. Snow*